(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Contempo Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Woodstock Gardens; DBA Contempo Products** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**20-1406996** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**455 Borden Street**<br>**Woodstock, IL**<br>ZIP Code **60098** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                              FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Contempo Industries, Inc.** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)              Date |

| Exhibit C | Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s) |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. |
| ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                    FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Contempo Industries, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ JASON H. ROCK**
Signature of Attorney for Debtor(s)

**JASON H. ROCK**
Printed Name of Attorney for Debtor(s)

**BARRICK, SWITZER, ET AL.**
Firm Name

**6833 STALTER DRIVE**
**ROCKFORD, IL 61108**
Address

**(815) 962-6611  Fax: (815) 962-1758**
Telephone Number

**December  1, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ken Pawela**
Signature of Authorized Individual

**Ken Pawela**
Printed Name of Authorized Individual

**President & Director**
Title of Authorized Individual

**December  1, 2005**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Contempo Industries, Inc.**  Case No. _____

Debtor(s)                        Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>P.O. Box 360001<br>Ft. Lauderdale, FL 33336 | **American Express**<br>P.O. Box 360001<br>Ft. Lauderdale, FL 33336 | | | 7,052.84 |
| **BryceDowney, LLC**<br>200 N. LaSalle Street<br>Suite 2700<br>Chicago, IL 60601 | **BryceDowney, LLC**<br>200 N. LaSalle Street<br>Suite 2700<br>Chicago, IL 60601 | **Corporate legal services** | | 14,967.73 |
| **Cameo Container Corp.**<br>1415 W. 44th Street<br>Chicago, IL 60609 | **Cameo Container Corp.**<br>1415 W. 44th Street<br>Chicago, IL 60609 | | | 6,759.08 |
| **Camger Coating Systems, Inc.**<br>364 Main Street<br>Norfolk, MA 02056 | **Camger Coating Systems, Inc.**<br>364 Main Street<br>Norfolk, MA 02056 | | | 6,887.56 |
| **CMI Credit Mediators, Inc.**<br>P.O. Box 456<br>Upper Darby, PA 19082-0456 | **CMI Credit Mediators, Inc.**<br>P.O. Box 456<br>Upper Darby, PA 19082-0456 | **Collection for Lawrence R. McCoy Co.** | | 46,149.92 |
| **Delorme Packaging**<br>86 Old Farm Hill<br>Auburn, ME 04210 | **Delorme Packaging**<br>86 Old Farm Hill<br>Auburn, ME 04210 | | | 21,378.65 |
| **Delta Coatings Corp.**<br>2055 Jancie Avenue<br>Melrose Park, IL 60160 | **Delta Coatings Corp.**<br>2055 Jancie Avenue<br>Melrose Park, IL 60160 | | | 10,208.50 |
| **Eastern Forest Products**<br>352 Center Road Unit #4<br>Lyndeborough, NH 03082 | **Eastern Forest Products**<br>352 Center Road Unit #4<br>Lyndeborough, NH 03082 | | | 145,754.40 |
| **Estes Express Lines**<br>P.O. Box 25612<br>Richmond, VA 23260-5612 | **Estes Express Lines**<br>P.O. Box 25612<br>Richmond, VA 23260-5612 | | | 13,494.84 |
| **H.C. Johnson Press**<br>2801 Eastrock Drive<br>Rockford, IL 61109 | **H.C. Johnson Press**<br>2801 Eastrock Drive<br>Rockford, IL 61109 | | | 16,871.27 |
| **Ken Pawela**<br>1704 Ginko Court<br>Mchenry, IL 60050 | **Ken Pawela**<br>1704 Ginko Court<br>Mchenry, IL 60050 | **Insider Promissory Notes** | | 100,000.00 |

In re  **Contempo Industries, Inc.** _____      Case No. _____
                                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Keystone Consolidated<br>7000 S.W. Adams Street<br>Peoria, IL 61641 | Keystone Consolidated<br>7000 S.W. Adams Street<br>Peoria, IL 61641 | | | 96,299.77 |
| McHenry County<br>2200 N. Seminary<br>Woodstock, IL 60098 | McHenry County<br>2200 N. Seminary<br>Woodstock, IL 60098 | Inventory and work in process | | 176,226.00<br><br>(140,000.00 secured) |
| Nottoway Lumber Sales, Inc.<br>P.O. Box 908<br>Mechanicsville, VA 23111 | Nottoway Lumber Sales, Inc.<br>P.O. Box 908<br>Mechanicsville, VA 23111 | | | 40,000.00 |
| Richard Szyszka<br>36 Pheasant Run<br>Hawthorne, IL 60040 | Richard Szyszka<br>36 Pheasant Run<br>Hawthorne, IL 60040 | Insider Promissory Notes | | 133,000.00 |
| Richmond Int'l Forest Products, LLC<br>4050 Innslake Drive, Suite 100<br>Glen Allen, VA 23060 | Richmond Int'l Forest Products, LLC<br>4050 Innslake Drive, Suite 100<br>Glen Allen, VA 23060 | | | 11,180.32 |
| Snavely International<br>131 Steuart Street, Suite 500<br>San Francisco, CA 94105 | Snavely International<br>131 Steuart Street, Suite 500<br>San Francisco, CA 94105 | | | 15,519.60 |
| Statewide Pallet Co. Inc.<br>1307 Lamb Road<br>Woodstock, IL 60098 | Statewide Pallet Co. Inc.<br>1307 Lamb Road<br>Woodstock, IL 60098 | | | 8,169.50 |
| The Customs Companies, Inc.<br>94338 Eagle Way<br>Chicago, IL 60678 | The Customs Companies, Inc.<br>94338 Eagle Way<br>Chicago, IL 60678 | | | 29,883.00 |
| Ware-Butler, Inc.<br>145 Lakewood Road<br>Madison, ME 04950 | Ware-Butler, Inc.<br>145 Lakewood Road<br>Madison, ME 04950 | | | 8,680.59 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 1, 2005** _____      Signature  **/s/ Ken Pawela** _____
                                                                        **Ken Pawela**
                                                                        **President & Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 6-Summary
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Contempo Industries, Inc.**                             ,       Case No. _____

                                 Debtor          Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 918,274.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 518,226.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 799,369.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 918,274.00 | | |
| Total Liabilities | | | | 1,317,595.90 | |

Form B6A
(10/05)

In re    **Contempo Industries, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | | (Report also on Summary of Schedules) | |

___**0**___ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re  **Contempo Industries, Inc.**                                    ,  Case No. _____

_____
Debtor

## SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Midwest Bank Checking Account Account No. 8100262538**<br><br>**Home State Bank Checking Account Account No. 9601601** | -<br><br>- | 1,250.00<br><br>23,750.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **ComEd**<br><br>**Maine Central Power**<br><br>**Georgi Holdings LLC** | -<br><br>-<br><br>- | 7,120.00<br><br>13,670.00<br><br>41,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **2 term policies issued by Farmers Life Insurance Company with a million dollar death benefit each/no cash surrender value** | - | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          86,891.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Contempo Industries, Inc.** _____ ,    Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | **-** | **286,393.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **286,393.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

Form B6B
(10/05)

In re  **Contempo Industries, Inc.** _____ ,     Case No. _____

                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Common law rights in "Woodstock Gardens" tradename** | - | 1.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office computers and accessories** | - | 6,400.00 |
| | | **Office phone systems** | - | 750.00 |
| | | **Miscellaneous office furnishings** | - | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Contempo Industries business equipment in Bingham, Maine** | - | 185,225.00 |
| | | **Contempo Industries business equipment in Woodstock, Illinois** | - | 25,300.00 |
| | | **Wireworking business equipment in Woodstock, Illinois** | - | 131,850.00 |
| 30. Inventory. | | **Work in process, inventory and materials** | - | 192,964.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >     544,990.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Contempo Industries, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 918,274.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D
(10/05)

In re  **Contempo Industries, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gibralter Financial Corporation**<br>**60 Revere Drive**<br>**Suite 840**<br>**Northbrook, IL 60062** | X | - | **Revolving accounts receivable funding agreement dated August 23, 2004**<br><br>**Accounts receivable**<br><br>Value $                    286,393.00 | | | | 212,000.00 | 0.00 |
| Account No. **xxxx19-51**<br><br>**Home State Bank, NA**<br>**40 Grant Street**<br>**Crystal Lake, IL 60014** | X | - | **Commercial Promissory Note secured by**<br><br>**Equipment and accounts receivable**<br><br>Value $                    342,556.00 | | | | 130,000.00 | 0.00 |
| Account No.<br><br>**McHenry County**<br>**2200 N. Seminary**<br>**Woodstock, IL 60098** | X | - | **McHenry Co. Loan Fund Agreement dated December 2, 2004 secured by**<br><br>**Inventory and work in process**<br><br>Value $                    140,000.00 | | | | 176,226.00 | 36,226.00 |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

**0**    continuation sheets attached

|  | Subtotal<br>(Total of this page) | 518,226.00 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 518,226.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E
(10/05)

In re    **Contempo Industries, Inc.**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C § 507 (a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F
(10/05)

In re    **Contempo Industries, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **AAA Leasing & Trucking** <br> **1017 W. 48th Street** <br> **Chicago, IL 60609** | - | | | | | | | | **245.05** |
| Account No. <br><br> **Advantage Gasses & Tools** <br> **215 College Ave.** <br> **Waterville, ME 04901** | - | | | | | | | | **245.12** |
| Account No. **xxxx-xxxxxx-x1004** <br><br> **American Express** <br> **P.O. Box 360001** <br> **Ft. Lauderdale, FL 33336** | - | | | | | | | | **7,052.84** |
| Account No. <br><br> **Bellwether Products, Inc.** <br> **1211 Connecticut Ave. N.W.** <br> **Suite 301** <br> **Washington, DC 20036** | - | | | | | | | | **3,788.00** |

_**17**_  continuation sheets attached

Subtotal
(Total of this page)    **11,331.01**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    S/N:21001-051101    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Contempo Industries, Inc.**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | |
| **Bob Sturdevant & Assoc. RD #3 Buyea Road Canastota, NY 13032** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **Botts Welding 335 N. Eastwood Drive Woodstock, IL 60098** | - | | | | | | 750.00 |
| Account No. | | | | | | | |
| **Brown Packaging Inc. 201 Howland Ave. Adams, MA 01220** | - | | | | | | 365.55 |
| Account No. | | | Notice only | | | | |
| **Bruce Ogilvie & Gaynor Stiles Southwest Regional Reps. 4901 Keller Springs Suite 108 Addison, TX 75001** | - | | | | | | 1.00 |
| Account No. **x6334** | | | Corporate legal services | | | | |
| **BryceDowney, LLC 200 N. LaSalle Street Suite 2700 Chicago, IL 60601** | - | | | | | | 14,967.73 |

Sheet no. _1_ of _17_ sheets attached to Schedule of          Subtotal          16,085.28
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Contempo Industries, Inc.**
_____,  Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Cameo Container Corp.** <br>**1415 W. 44th Street** <br>**Chicago, IL 60609** | - | | | | | | **6,759.08** |
| Account No. <br><br>**Camger Coating Systems, Inc.** <br>**364 Main Street** <br>**Norfolk, MA 02056** | - | | | | | | **6,887.56** |
| Account No. **xxxx-xxxx-xxxx-0680** <br><br>**Capital One** <br>**P.O. Box 790217** <br>**Saint Louis, MO 63179-0217** | - | | | | | | **4,906.50** |
| Account No. <br><br>**Capital Transfer/Pine Tree** <br>**87 Pleasant Hill Road** <br>**Scarborough, ME 04074** | - | | | | | | **265.89** |
| Account No. **xx3935** <br><br>**CCC of NY** <br>**P.O. Box 288** <br>**Tonawanda, NY 14150-0288** | - | | **Collection for Wisconsin Oven Corporation** | | | | **1.00** |

Sheet no. __**2**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,820.03**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re  **Contempo Industries, Inc.**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cedar Valley Mill**<br>**370 Route #3**<br>**New Brunswick, CA** | - | | | | | | 4,695.00 |
| Account No.<br><br>**CH Robinson**<br>**555 Plainfield Road**<br>**Willowbrook, IL 60527** | - | | | | | | 1,200.00 |
| Account No.<br><br>**Cleary Pallet Sales, Inc.**<br>**6610 South Union Road**<br>**Union, IL 60180** | - | | | | | | 400.00 |
| Account No. **CONTE**<br><br>**CMI Credit Mediators, Inc.**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082-0456** | - | | Collection for Lawrence R. McCoy Co. | | | | 46,149.92 |
| Account No.<br><br>**Country Gas Co.**<br>**4010 U.S. Hwy 14**<br>**Crystal Lake, IL 60014** | - | | | | | | 1,121.49 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **53,566.41**

Form B6F - Cont.
(10/05)

In re    **Contempo Industries, Inc.**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Delorme Packaging** **86 Old Farm Hill** **Auburn, ME 04210** | - | | | | | | 21,378.65 |
| Account No. | | | | | | | |
| **Delta Coatings Corp.** **2055 Jancie Avenue** **Melrose Park, IL 60160** | - | | | | | | 10,208.50 |
| Account No. | | | | | | | |
| **Deltek Products, Inc.** **3 Bridal Ave** **West Warwick, RI 02893** | - | | | | | | 611.31 |
| Account No. **xxxxx8345 MI** | | | Collection for Label Graphics Co., Inc. | | | | |
| **Dunsdemand** **4836 Brecksville Road** **P.O. Box 509** **Richfield, OH 44286** | - | | | | | | 1.00 |
| Account No. **xxxxx7875-WO** | | | Collection for Waste Management | | | | |
| **Dunsdemand** **4836 Brecksville Road** **P.O. Box 523** **Richfield, OH 44286** | - | | | | | | 1.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **32,200.46**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Contempo Industries, Inc.**                                    ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Dupont Powder Coatings USA** **9800 Genard Road** **Houston, TX 77041** | - | | | | | | | **1,144.87** |
| Account No. | | | | | | | | |
| **Dwyer Designs** **2612 Mitchell Drive** **Woodridge, IL 60517** | - | | | | | | | **1,825.00** |
| Account No. | | | | | | | | |
| **Eastern Forest Products** **352 Center Road Unit #4** **Lyndeborough, NH 03082** | - | | | | | | | **145,754.40** |
| Account No. | | | | Notice only | | | | |
| **Ed Sable** **16 Stonewyck Place** **Monroe Township, NJ 08831** | - | | | | | | | **1.00** |
| Account No. | | | | | | | | |
| **Elgin Paper Co.** **1025 N. McLean Blvd.** **Elgin, IL 60123** | - | | | | | | | **766.70** |

Sheet no. __5__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **149,491.97**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Contempo Industries, Inc.**                                              Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Estes Express Lines<br>P.O. Box 25612<br>Richmond, VA 23260-5612** | | - | | | | | | 13,494.84 |
| Account No.<br><br>**Fastenal<br>16 Industrial Drive<br>Oakland, ME 04963** | | - | | | | | | 4,357.01 |
| Account No. **xx-x6201**<br><br>**Foster, Jones & Mason<br>10240 NW 46th Street<br>Fort Lauderdale, FL 33351** | | - | | **Collection for Nottoway Lumber Sales** | | | | 1.00 |
| Account No.<br><br>**Frank Nardi<br>409 Lily Lane<br>Lakemoor, IL 60050** | | - | | | | | | 3,000.00 |
| Account No. **xxx4049**<br><br>**Franks, Gerkin McKenna, P.C.<br>19333 East Grant Highway<br>P.O. Box 5<br>Marengo, IL 60152-0005** | | - | | **Collection for McMaster-Carr Supply Co.** | | | | 2,874.77 |

Sheet no. __6___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **23,727.62**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Contempo Industries, Inc.**_____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx6010**<br><br>**Franks, Gerkin McKenna, P.C.**<br>**19333 East Grant Highway**<br>**P.O. Box 5**<br>**Marengo, IL 60152-0005** | - | | | | **Collection for Camger Chemical Systems, Inc.** | | | | 1.00 |
| Account No. **xxxx-xxxxxx-x1004**<br><br>**GC Services Limited Partnership**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081** | - | | | | **Collection for American Express** | | | | 1.00 |
| Account No.<br><br>**H.C. Johnson Press**<br>**2801 Eastrock Drive**<br>**Rockford, IL 61109** | - | | | | | | | | 16,871.27 |
| Account No.<br><br>**Howard Mischner**<br>**Mischner Group**<br>**P.O. Box 438**<br>**Brooklandville, MD 21022** | - | | | | **Notice only** | | | | 1.00 |
| Account No.<br><br>**Katahdin Forest Products**<br>**10 Wall Street**<br>**Oakfield, ME 04763** | - | | | | | | | | 1,305.00 |

Sheet no. __**7**___ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,179.27

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **Contempo Industries, Inc.** _____,   Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Insider Promissory Notes | | | | |
| Ken Pawela 1704 Ginko Court Mchenry, IL 60050 | - | | | | | | | 100,000.00 |
| Account No. | | | | | | | | |
| Keystone Consolidated 7000 S.W. Adams Street Peoria, IL 61641 | - | | | | | | | 96,299.77 |
| Account No. | | | | | | | | |
| L.R. McCoy 100 Front Street Suite 700 Worcester, MA 01608 | - | | | | | | | 1.00 |
| Account No. | | | | | | | | |
| Label Graphics Co., Inc. 1225 Carnegie Street Unit 104B Rolling Meadows, IL 60008 | - | | | | | | | 3,062.40 |
| Account No. **xx1142** | | | | Collection for The Royal Group | | | | |
| Law Offices of W.C. French P.O. Box 572884 Houston, TX 77257 | - | | | | | | | 1.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **199,364.17**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Contempo Industries, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx2794**<br><br>**Lisa Fried Greenberg**<br>**P.O. Box 320**<br>**841 Merrick Road**<br>**Baldwin, NY 11510** | | - | | **Collection for Camger Chemical Systems Inc.** | | | | **1.00** |
| Account No.<br><br>**Luster Leaf Products, Inc.**<br>**2220 Techcourt**<br>**Woodstock, IL 60098** | | - | | | | | | **1,305.48** |
| Account No.<br><br>**Masterman's, LLP**<br>**11C Street**<br>**Auburn, MA 01501** | | - | | | | | | **547.81** |
| Account No.<br><br>**Micro Products Company**<br>**1296 Mark Street**<br>**Bensenville, IL 60106** | | - | | | | | | **120.70** |
| Account No. **xxx355-2**<br><br>**Mountain States Commercial Collecti**<br>**P.O. Box 1070**<br>**Englewood, CO 80150-1070** | | - | | **Collection for Snavely Enterprises** | | | | **1.00** |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,975.99**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Contempo Industries, Inc.**                                      ,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Commercial lease for Bingham, Maine property | | | | |
| **Mr. Bill Dye** **Dye Properties, LLC** **43 Pogy Lane** **Brunswick, ME 04011** | - | | | | | | 1.00 |
| Account No. | | | Commercial lease for 455 Borden Street, Woodstock, Illinois | | | | |
| **Mr. David Georgi** **1130 Ridgeview Drive** **Mchenry, IL 60050** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **National Casin** **401 Marthis Lane** **Riverton, NJ 08077** | - | | | | | | 531.38 |
| Account No. | | | Collection for Ample Supply Co., Inc. | | | | |
| **Newton & Associates** **3001 Division Street** **Metairie, LA 70002** | - | | | | | | 2,003.85 |
| Account No. | | | | | | | |
| **Northeast Merchandising Corp.** **P.O. Box 446** **Hathaway Street** **Skowhegan, ME 04976** | - | | | | | | 245.05 |

| Sheet no. _**10**_ of _**17**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,782.28 |
|---|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **Contempo Industries, Inc.**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Nottoway Lumber Sales, Inc.** **P.O. Box 908** **Mechanicsville, VA 23111** | - | | | | | | 40,000.00 |
| Account No. | | | | | | | |
| **Novelty Manufacturing Company** **1330 Loop Road** **Lancaster, PA 17601** | - | | | | | | 1,109.35 |
| Account No. | | | | | | | |
| **Overnite Transportation Company** **P.O. box 79755** **Baltimore, MD 21279** | - | | | | | | 4,174.19 |
| Account No. | | | Collection for H.C. Johnson Press | | | | |
| **PII Credit Burea, Inc.** **70 East Lake Street** **Chicago, IL 60601** | - | | | | | | 1.00 |
| Account No. | | | Consulting/accounting services | | | | |
| **Plante & Moran, PLLC** **Suite 200** **2400 Big Timber Road** **Elgin, IL 60123** | - | | | | | | 3,000.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        48,284.54

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Contempo Industries, Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Pro-Mar Staple & Nail** **4508 North Milwaukee Ave.** **Chicago, IL 60630** | - | | | | | | | 662.53 |
| Account No. | | | | Collection for Micro Products | | | | |
| **Randall & Richards** **5151 E. Broadway Blvd.** **8th Floor** **Tucson, AZ 85711** | - | | | | | | | 1.00 |
| Account No. | | | | Notice only | | | | |
| **Richard Edlman** **PMR Inc.** **1615 Ogden Ave.** **Oswego, IL 60543-8304** | - | | | | | | | 1.00 |
| Account No. | | | | Insider Promissory Notes | | | | |
| **Richard Szyszka** **36 Pheasant Run** **Hawthorne, IL 60040** | - | | | | | | | 133,000.00 |
| Account No. | | | | | | | | |
| **Richmond Int'l Forest Products, LLC** **4050 Innslake Drive, Suite 100** **Glen Allen, VA 23060** | - | | | | | | | 11,180.32 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        144,844.85

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Contempo Industries, Inc.**                                  Case No. _____
_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only | | | | |
| Sam Sullivan Sullivan & Associates 313 Sunrise court Venicia, CA 94510 | - | | | | | | | 1.00 |
| Account No. | | | | Notice only | | | | |
| Scott Ehrenberg Seasons Retail Services 12 Park STreet Cranford, NJ 07016 | - | | | | | | | 1.00 |
| Account No. | | | | | | | | |
| Shuster-Mettler Corp. 485 Boulevard New Haven, CT 06504 | - | | | | | | | 320.03 |
| Account No. | | | | | | | | |
| Sie Ebling 4447 Conchita Way Tarzana, CA 91367 | - | | | | | | | 2,238.23 |
| Account No. | | | | | | | | |
| Snavely International 131 Steuart Street, Suite 500 San Francisco, CA 94105 | - | | | | | | | 15,519.60 |

Sheet no. __13__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    18,079.86

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Contempo Industries, Inc.** _____,   Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-1128** | | - | | | | | |
| **Stanley Fastening Systems**<br>**480 Myrtle Street**<br>**New Britain, CT 06053** | | | | | | | **631.56** |
| Account No. | | - | | | | | |
| **Statewide Pallet Co. Inc.**<br>**1307 Lamb Road**<br>**Woodstock, IL 60098** | | | | | | | **8,169.50** |
| Account No. | | - | | | | | |
| **Sullivan & Associates**<br>**313 Sunrise court**<br>**Venicia, CA 94510** | | | | | | | **3,026.64** |
| Account No. | | - | Notice only | | | | |
| **Syd Reynolds**<br>**Reynolds Sales**<br>**300 N. Bryant Ave. Ste. 116**<br>**Midlothian, TX 76065** | | | | | | | **1.00** |
| Account No. | | - | Notice only | | | | |
| **Terry Farmer & Chuck Langdon**<br>**Farmer Langdon Sales**<br>**4165 Summit Way**<br>**Marietta, GA 30066-2365** | | | | | | | **1.00** |

Sheet no. __**14**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,829.70**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Contempo Industries, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **The Copy Express** **301 E. Calhoun Street** **Woodstock, IL 60098** | - | | | | | | 766.70 |
| Account No. | | | | | | | |
| **The Customs Companies, Inc.** **94338 Eagle Way** **Chicago, IL 60678** | - | | | | | | 29,883.00 |
| Account No. | | | | | | | |
| **The Royal Group** **1060 Proctor Drive** **Elkhorn, WI 53121** | - | | | | | | 1,956.11 |
| Account No. | | | Notice only | | | | |
| **Tim McGinnity & Eddie Wilson** **Great Lakes Sales** **1133 E. Maple Rd., Ste. 103** **Troy, MI 48083** | - | | | | | | 1.00 |
| Account No. | | | | | | | |
| **UPS** **Lockbox 577** **Carol Stream, IL 60132-0577** | - | | | | | | 4,266.18 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,872.99

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Contempo Industries, Inc.**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | | - | | | | | 942.22 |
| Account No. | | | | | | | |
| Ware-Butler, Inc.<br>145 Lakewood Road<br>Madison, ME 04950 | | - | | | | | 8,680.59 |
| Account No. | | | | | | | |
| Waste Management<br>West Peoria Ave., Ste. 210<br>Phoenix, AZ 85029 | | - | | | | | 659.39 |
| Account No. | | | | | | | |
| WD Matthews Machinery Co.<br>901 Center Street<br>Auburn, ME 04212 | | - | | | | | 468.98 |
| Account No. | | | | | | | |
| Wisconsin Oven Corp.<br>P.O. Box 873<br>East Troy, WI 53120 | | - | | | | | 505.29 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **11,256.47**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Contempo Industries, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Worth Steel & Machinery, Inc.**<br>**4001 W. 123 Street**<br>**Alsip, IL 60803** | | - | | | | | **677.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **677.00** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **799,369.90** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

Form B6G
(10/05)

In re    **Contempo Industries, Inc.** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Dye Properties LLC**<br>**43 Pogy Lane**<br>**Brunswick, ME 04011** | **Commercial lease agreement for 1 Lander Avenue, Bingham Maine** |
| **Mr. David Georgi**<br>**1130 Ridgeview Drive**<br>**Mchenry, IL 60050** | **Commercial Lease Agreement for 455 Borden Street, Woodstock, Illinois** |

    **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re   **Contempo Industries, Inc.**                                  ,      Case No. _____

                                            Debtor

# SCHEDULE H. CODEBTORS

       Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christine Szyszka**<br>**36 Pheasant Run**<br>**Hawthorne Woods, IL 60040** | **Home State Bank, NA**<br>**40 Grant Street**<br>**Crystal Lake, IL 60014** |
| **Eron Pawela**<br>**1704 Ginko Court**<br>**Mchenry, IL 60050** | **Home State Bank, NA**<br>**40 Grant Street**<br>**Crystal Lake, IL 60014** |
| **Ken Pawela**<br>**1704 Binko Court**<br>**Mchenry, IL 60050** | **Gibralter Financial Corporation**<br>**60 Revere Drive**<br>**Suite 840**<br>**Northbrook, IL 60062** |
| **Ken Pawela**<br>**1704 Binko Court**<br>**Mchenry, IL 60050** | **McHenry County**<br>**2200 N. Seminary**<br>**Woodstock, IL 60098** |
| **Ken Pawela**<br>**1704 Binko Court**<br>**Mchenry, IL 60050** | **Home State Bank, NA**<br>**40 Grant Street**<br>**Crystal Lake, IL 60014** |
| **Richard Szyszka**<br>**36 Pheasant Run**<br>**Hawthorne Woods, IL 60040** | **Gibralter Financial Corporation**<br>**60 Revere Drive**<br>**Suite 840**<br>**Northbrook, IL 60062** |
| **Richard Szyszka**<br>**36 Pheasant Run**<br>**Hawthorne Woods, IL 60040** | **McHenry County**<br>**2200 N. Seminary**<br>**Woodstock, IL 60098** |
| **Richard Szyszka**<br>**36 Pheasant Run**<br>**Hawthorne Woods, IL 60040** | **Home State Bank, NA**<br>**40 Grant Street**<br>**Crystal Lake, IL 60014** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Contempo Industries, Inc.**           Case No. _____

Debtor(s)      Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President & Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __28__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December  1, 2005**          Signature   **/s/ Ken Pawela**

                                            **Ken Pawela**

                                            **President & Director**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Contempo Industries, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,500,000.00** | **Gross sales for July 1, 2004 through June 30, 2005** |
| **$359,642.00** | **Gross sales from July 1, 2005 through September 30, 2005** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Mchenry County Treasurer** | **August 15, 2005** | **$2,913.09** | **$0.00** |
| **Com Ed** | **August 15, 2005** | **$2,920.09** | **$0.00** |
| **HUB International** | **August 15, 2005** | **$2,664.67** | **$0.00** |
| **Georgi Holdings** | **August 29, 2005** | **$11,906.25** | **$0.00** |
| **Dye Properties** | **August 30, 2005** | **$6,000.00** | **$0.00** |
| **Cedar Valley Mill**<br>**370 Route #3**<br>**New Brunswick, CA** | **August 30, 2005** | **$5,029.44** | **$0.00** |
| **Deltek Products, Inc.**<br>**3 Bridal Ave**<br>**West Warwick, RI 02893** | **September 2, 2005** | **$1,823.90** | **$0.00** |
| **Home State Bank, NA**<br>**40 Grant Street**<br>**Crystal Lake, IL 60014** | **September 2, 2005** | **$3,042.00** | **$130,000.00** |
| **Com Ed** | **September 7, 2005** | **$1,871.72** | **$0.00** |
| **Wilson Consulting Group, Ltd.** | **September 7, 2005** | **$950.00** | **$0.00** |
| **Delorme Packaging**<br>**86 Old Farm Hill**<br>**Auburn, ME 04210** | **September 9, 2005** | **$5,185.64** | **$0.00** |
| **Central Maine Power** | **September 12, 2005** | **$3,200.00** | **$0.00** |
| **Phil Dumas** | **September 12, 2005** | **$1,059.40** | **$0.00** |
| **UPS** | **September 13, 2005** | **$751.72** | **$0.00** |
| **McHenry County Treasurer** | **September 13, 2005** | **$2,913.09** | **$0.00** |

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **First Insurance Funding Corp.** | **September 15, 2005** | **$1,553.57** | **$0.00** |
| **Westport Insurance Corp.** | **September 15, 2005** | **$1,256.32** | **$0.00** |
| **Primesource**<br>**2201 W. Lunt Ave.**<br>**Elk Grove Village, IL 60007** | **September 15, 2005** | **$1,008.60** | **$0.00** |
| **Primesource**<br>**2201 W. Lunt Ave.**<br>**Elk Grove Village, IL 60007** | **September 15, 2005** | **$2,921.59** | **$0.00** |
| **Sandy Neck Traders**<br>**516 Depot Street**<br>**Harwich, MA 02645** | **September 19, 2005** | **$10,086.00** | **$0.00** |
| **HUB International Illinois** | **September 20, 2005** | **$1,553.67** | **$0.00** |
| **HUB International Illinois** | **September 20, 2005** | **$2,291.50** | **$0.00** |
| **Com Ed** | **September 20, 2005** | **$1,392.25** | **$0.00** |
| **Dye Properties** | **September 21, 2005** | **$6,000.00** | **$0.00** |
| **Jack Handy** | **September 22, 2005** | **$809.68** | **$0.00** |
| **Corey Marr** | **September 26, 2005** | **$900.00** | **$0.00** |
| **Primesource**<br>**2201 W. Lunt Ave.**<br>**Elk Grove Village, IL 60007** | **September 30, 2005** | **$1,483.70** | **$0.00** |
| **Kinney Office Systems** | **September 30, 2005** | **$667.27** | **$0.00** |
| **Georgi Holdings, LLC** | **September 30, 2005** | **$9,810.75** | **$0.00** |
| **Home State Bank**<br>**c/o Steve Slack, President**<br>**40 Grant Street**<br>**Crystal Lake, IL 60039-1739** | **October 1, 2005** | **$3,042.00** | **$0.00** |
| **Eastern Forest Products**<br>**352 Center Road Unit #4**<br>**Lyndeborough, NH 03082** | **October 3, 2005** | **$12,370.76** | **$0.00** |
| **Sandy Neck Traders**<br>**516 Depot Street**<br>**Harwich, MA 02645** | **October 5, 2005** | **$10,796.78** | **$0.00** |
| **Eastern Forest Products**<br>**352 Center Road Unit #4**<br>**Lyndeborough, NH 03082** | **October 12, 2005** | **$10,931.51** | **$0.00** |
| **Westport Insurance Corp.** | **October 13, 2005** | **$1,324.75** | **$0.00** |
| **Central Maine Power** | **October 13, 2005** | **$3,500.00** | **$0.00** |

4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **First Insurance Funding Corp.** | **October 13, 2005** | **$1,553.57** | **$0.00** |
| **Town of Bingham** | **October 13, 2005** | **$3,880.53** | **$0.00** |
| **McHenry County Treasurer** | **October 13, 2005** | **$2,913.09** | **$0.00** |
| **Delorme Packaging**<br>**86 Old Farm Hill**<br>**Auburn, ME 04210** | **October 13, 2005** | **$6,500.00** | **$0.00** |
| **Great Lake Sales** | **October 18, 2005** | **$1,500.00** | **$0.00** |
| **Saltzman Printers** | **October 25, 2005** | **$3,012.00** | **$0.00** |
| **R/M Pallet**<br>**20 Churpin Road**<br>**Exeter, ME 04435** | **October 25, 2005** | **$1,100.00** | **$0.00** |
| **Sandy Neck Traders**<br>**516 Depot Street**<br>**Harwich, MA 02645** | **October 28, 2005** | **$9,527.90** | **$0.00** |
| **Com Ed** | **October 31, 2005** | **$1,672.78** | **$0.00** |
| **Georgi Holdings** | **October 31, 2005** | **$9,810.75** | **$0.00** |
| **Primesource**<br>**2201 W. Lunt Ave.**<br>**Elk Grove Village, IL 60007** | **October 31, 2005** | **$1,278.28** | **$0.00** |
| **Eastern Forest Products** | **October 31, 2005** | **$11,895.00** | **$0.00** |
| **Home State Bank**<br>**c/o Steve Slack, President**<br>**40 Grant Street**<br>**Crystal Lake, IL 60039-1739** | **November 2, 2005** | **$3,042.00** | **$0.00** |
| **R/M Pallet**<br>**20 Churpin Road**<br>**Exeter, ME 04435** | **November 2, 2005** | **$1,100.00** | **$0.00** |
| **Sandy Neck Traders**<br>**516 Depot Street**<br>**Harwich, MA 02645** | **November 7, 2005** | **$9,749.00** | **$0.00** |
| **Dye Properties** | **November 9, 2005** | **$6,000.00** | **$0.00** |
| **Town of Bingham** | **November 10, 2005** | **$2,000.00** | **$0.00** |
| **Barrick Switzer Long, Balsley&Van Evera**<br>**6833 Stalter Drive**<br>**First Floor**<br>**Rockford, IL 61108** | **November 16, 2005** | **$2,965.50** | **$0.00** |
| **Barrick Switzer Long Balsley & Van Evera**<br>**6833 Stalter Drive**<br>**First Floor**<br>**Rockford, IL 61108** | **November 30, 2005** | **$1,800.00** | **$0.00** |

5

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| David Wilson 6723 Meadow Court Crystal Lake, IL 60012 | November 30, 2005 | $5,000.00 | $0.00 |
| Home State Bank, NA 40 Grant Street Crystal Lake, IL 60014 | November 29, 2005 | $3,042.00 | $130,000.00 |
| McHenry County 2200 N. Seminary Woodstock, IL 60098 | November 15, 2005 | $2,913.09 | $176,226.00 |
| COMMONWEALTH EDISON BILL PAYMENT CENTER Chicago, IL 60668-0002 | November 15, 2005 | $1,192.46 | $0.00 |
| First Insurance Funding Corp. | November 21, 2005 | $1,553.57 | $0.00 |
| Westport Insurance Corp. | November 21, 2005 | $1,324.83 | $0.00 |
| Central Maine Power | November 21, 2005 | $4,524.42 | $0.00 |
| Wilson Consulting Group, Ltd. | November 22, 2005 | $1,290.00 | $0.00 |
| HUB International | November 29, 2005 | $1,500.00 | $0.00 |
| Saltzman Printers | November 29, 2005 | $901.00 | $0.00 |
| Maine Employers Mutual | November 29, 2005 | $2,700.08 | $0.00 |

None
■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Richmond International Forest Products v. Contempo Industries | Collection | Commonwealth of Virginia | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **BARRICK, SWITZER, ET AL. 6833 STALTER DRIVE ROCKFORD, IL 61108** | **November 30, 2005** | **$15,000.00** |

7

**10. Other transfers**

None ■
    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■
    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

8

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Warady & Davis LLP**<br>**1717 Deerfield Road**<br>**Suite 3005**<br>**Deerfield, IL 60015** | **December 2004 - June 2005** |
| **David C. Wilson, CPA**<br>**6723 Meadow Drive**<br>**Crystal Lake, IL 60012** | **August 2005 through present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Bryce & Downey** | **200 N. LaSalle Street**<br>**Suite 2700**<br>**Chicago, IL 60601** |

| NAME | ADDRESS |
|---|---|
| **Warady & Davis, LLP** | **1717 Deerfield Road**<br>**Suite 3005**<br>**Deerfield, IL 60015** |

None
☐      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
        issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Home State Bank**<br>**c/o Steve Slack, President**<br>**40 Grant Street**<br>**Crystal Lake, IL 60039-1739** | **June 30, 2005** |
| **Gibralter Financial Corporation**<br>**60 Revere Drive**<br>**Suite 840**<br>**Northbrook, IL 60062** | **June 30, 2005`** |
| **AMCORE BANK**<br>**501 - 7TH STREET**<br>**Rockford, IL 61104** | **November 15, 2005** |

### 20. Inventories

None
☐      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
        and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **June 30, 2005** | **Ken Pawela and Corey Marr** | **$182,658.00** |
| **September 30, 2005** | **Ken Pawela and Corey Marr** | **$192,964.00** |

None
☐      b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|
| **June 30, 2005** | **Ken Pawela**<br>**1704 Ginko Court**<br>**Mchenry, IL 60050** |
| **September 30, 2005** | **Ken Pawela**<br>**1704 Ginko Court**<br>**Mchenry, IL 60050** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■      a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐      b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
        controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Ken Pawela**<br>**1704 Ginko Court**<br>**Mchenry, IL 60050** | **President/Treasurer/Director** | **51% voting** |

11

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Richard Szyszka** | **Vice-** | **49% voting** |
| **36 Pheasant Run** | **President/Secretary/Director** | |
| **Hawthorne, IL 60040** | | |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ken Pawela** **1704 Ginko Court** **Mchenry, IL 60050** **President/Treasurer/Director** | **Weekly payroll** | **Annual salary of $92,500.00 reduced to $85,000.00 effective April 1, 2005, plus normal expense reimbursements** |
| **Richard Szyszka** **36 Pheasant Run** **Hawthorne, IL 60040** **Vice-President/Secretary/Director** | **Weekly payroll** | **Annual salary of $92,500.00 reduced to $85,000.00 effective April 1, 2005, plus normal expense reimbursements.** |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

12

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December  1, 2005**                     Signature    **/s/ Ken Pawela**

**Ken Pawela**

**President & Director**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Contempo Industries, Inc.**                                    Case No.

                                         Debtor(s)        Chapter      **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.    ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **See Debtor's Motion For Authority To Retain Barrick, Switzer, Long, Balsley & Van Evera, LLP**

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December  1, 2005**                          **/s/ JASON H. ROCK**
                                                         **JASON H. ROCK**
                                                         **BARRICK, SWITZER, ET AL.**
                                                         **6833 STALTER DRIVE**
                                                         **ROCKFORD, IL 61108**
                                                         **(815) 962-6611  Fax: (815) 962-1758**

---

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Contempo Industries, Inc.**

_____ ,
Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ken Pawela**<br>**1704 Ginko Court**<br>**Mchenry, IL 60050** | **Voting** | **51** | **Fee** |
| **Richard Szyszka**<br>**36 Pheasant Run**<br>**Hawthorne, IL 60040** | **Voting** | **49** | **Fee** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President & Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ **December  1, 2005** _____        Signature  **/s/ Ken Pawela** _____

                                               **Ken Pawela**
                                               **President & Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**_____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Contempo Industries, Inc.**

_____
                                    Debtor(s)

Case No. _____
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              **87**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December  1, 2005**
_____

**/s/ Ken Pawela**
_____

**Ken Pawela**/**President & Director**
Signer/Title

AAA Leasing & Trucking
1017 W. 48th Street
Chicago, IL 60609


Advantage Gasses & Tools
215 College Ave.
Waterville, ME 04901


American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336


Bellwether Products, Inc.
1211 Connecticut Ave. N.W.
Suite 301
Washington, DC 20036


Bob Sturdevant & Assoc.
RD #3 Buyea Road
Canastota, NY 13032


Botts Welding
335 N. Eastwood Drive
Woodstock, IL 60098


Brown Packaging Inc.
201 Howland Ave.
Adams, MA 01220


Bruce Ogilvie & Gaynor Stiles
Southwest Regional Reps.
4901 Keller Springs Suite 108
Addison, TX 75001


BryceDowney, LLC
200 N. LaSalle Street
Suite 2700
Chicago, IL 60601


Cameo Container Corp.
1415 W. 44th Street
Chicago, IL 60609

Camger Coating Systems, Inc.
364 Main Street
Norfolk, MA 02056


Capital One
P.O. Box 790217
Saint Louis, MO 63179-0217


Capital Transfer/Pine Tree
87 Pleasant Hill Road
Scarborough, ME 04074


CCC of NY
P.O. Box 288
Tonawanda, NY 14150-0288


Cedar Valley Mill
370 Route #3
New Brunswick, CA


CH Robinson
555 Plainfield Road
Willowbrook, IL 60527


Cleary Pallet Sales, Inc.
6610 South Union Road
Union, IL 60180


CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082-0456


Country Gas Co.
4010 U.S. Hwy 14
Crystal Lake, IL 60014


Delorme Packaging
86 Old Farm Hill
Auburn, ME 04210


Delta Coatings Corp.
2055 Jancie Avenue
Melrose Park, IL 60160

Deltek Products, Inc.
3 Bridal Ave
West Warwick, RI 02893


Dunsdemand
4836 Brecksville Road
P.O. Box 509
Richfield, OH 44286


Dunsdemand
4836 Brecksville Road
P.O. Box 523
Richfield, OH 44286


Dupont Powder Coatings USA
9800 Genard Road
Houston, TX 77041


Dwyer Designs
2612 Mitchell Drive
Woodridge, IL 60517


Eastern Forest Products
352 Center Road Unit #4
Lyndeborough, NH 03082


Ed Sable
16 Stonewyck Place
Monroe Township, NJ 08831


Elgin Paper Co.
1025 N. McLean Blvd.
Elgin, IL 60123


Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612


Fastenal
16 Industrial Drive
Oakland, ME 04963


Foster, Jones & Mason
10240 NW 46th Street
Fort Lauderdale, FL 33351

Frank Nardi
409 Lily Lane
Lakemoor, IL 60050


Franks, Gerkin McKenna, P.C.
19333 East Grant Highway
P.O. Box 5
Marengo, IL 60152-0005


GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081


Gibralter Financial Corporation
60 Revere Drive
Suite 840
Northbrook, IL 60062


H.C. Johnson Press
2801 Eastrock Drive
Rockford, IL 61109


Home State Bank, NA
40 Grant Street
Crystal Lake, IL 60014


Howard Mischner
Mischner Group
P.O. Box 438
Brooklandville, MD 21022


Katahdin Forest Products
10 Wall Street
Oakfield, ME 04763


Ken Pawela
1704 Ginko Court
Mchenry, IL 60050


Keystone Consolidated
7000 S.W. Adams Street
Peoria, IL 61641

L.R. McCoy
100 Front Street Suite 700
Worcester, MA 01608


Label Graphics Co., Inc.
1225 Carnegie Street
Unit 104B
Rolling Meadows, IL 60008


Law Offices of W.C. French
P.O. Box 572884
Houston, TX 77257


Lisa Fried Greenberg
P.O. Box 320
841 Merrick Road
Baldwin, NY 11510


Luster Leaf Products, Inc.
2220 Techcourt
Woodstock, IL 60098


Masterman's, LLP
11C Street
Auburn, MA 01501


McHenry County
2200 N. Seminary
Woodstock, IL 60098


Micro Products Company
1296 Mark Street
Bensenville, IL 60106


Mountain States Commercial Collecti
P.O. Box 1070
Englewood, CO 80150-1070


Mr. Bill Dye
Dye Properties, LLC
43 Pogy Lane
Brunswick, ME 04011

Mr. David Georgi
1130 Ridgeview Drive
Mchenry, IL 60050


National Casin
401 Marthis Lane
Riverton, NJ 08077


Newton & Associates
3001 Division Street
Metairie, LA 70002


Northeast Merchandising Corp.
P.O. Box 446
Hathaway Street
Skowhegan, ME 04976


Nottoway Lumber Sales, Inc.
P.O. Box 908
Mechanicsville, VA 23111


Novelty Manufacturing Company
1330 Loop Road
Lancaster, PA 17601


Overnite Transportation Company
P.O. box 79755
Baltimore, MD 21279


PII Credit Burea, Inc.
70 East Lake Street
Chicago, IL 60601


Plante & Moran, PLLC
Suite 200
2400 Big Timber Road
Elgin, IL 60123


Pro-Mar Staple & Nail
4508 North Milwaukee Ave.
Chicago, IL 60630

Randall & Richards
5151 E. Broadway Blvd.
8th Floor
Tucson, AZ 85711


Richard Edlman
PMR Inc.
1615 Ogden Ave.
Oswego, IL 60543-8304


Richard Szyszka
36 Pheasant Run
Hawthorne, IL 60040


Richmond Int'l Forest Products, LLC
4050 Innslake Drive, Suite 100
Glen Allen, VA 23060


Sam Sullivan
Sullivan & Associates
313 Sunrise court
Venicia, CA 94510


Scott Ehrenberg
Seasons Retail Services
12 Park STreet
Cranford, NJ 07016


Shuster-Mettler Corp.
485 Boulevard
New Haven, CT 06504


Sie Ebling
4447 Conchita Way
Tarzana, CA 91367


Snavely International
131 Steuart Street, Suite 500
San Francisco, CA 94105


Stanley Fastening Systems
480 Myrtle Street
New Britain, CT 06053

Statewide Pallet Co. Inc.
1307 Lamb Road
Woodstock, IL 60098


Sullivan & Associates
313 Sunrise court
Venicia, CA 94510


Syd Reynolds
Reynolds Sales
300 N. Bryant Ave. Ste. 116
Midlothian, TX 76065


Terry Farmer & Chuck Langdon
Farmer Langdon Sales
4165 Summit Way
Marietta, GA 30066-2365


The Copy Express
301 E. Calhoun Street
Woodstock, IL 60098


The Customs Companies, Inc.
94338 Eagle Way
Chicago, IL 60678


The Royal Group
1060 Proctor Drive
Elkhorn, WI 53121


Tim McGinnity & Eddie Wilson
Great Lakes Sales
1133 E. Maple Rd., Ste. 103
Troy, MI 48083


UPS
Lockbox 577
Carol Stream, IL 60132-0577


UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Ware-Butler, Inc.
145 Lakewood Road
Madison, ME 04950


Waste Management
West Peoria Ave., Ste. 210
Phoenix, AZ 85029


WD Matthews Machinery Co.
901 Center Street
Auburn, ME 04212


Wisconsin Oven Corp.
P.O. Box 873
East Troy, WI 53120


Worth Steel & Machinery, Inc.
4001 W. 123 Street
Alsip, IL 60803

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Contempo Industries, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Contempo Industries, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  1, 2005**

Date

/s/ JASON H. ROCK

**JASON H. ROCK**

Signature of Attorney or Litigant

Counsel for   **Contempo Industries, Inc.**

**BARRICK, SWITZER, ET AL.**

**6833 STALTER DRIVE**
**ROCKFORD, IL 61108**
**(815) 962-6611 Fax:(815) 962-1758**