IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| CONTEMPO INDUSTRIES, INC., | ) |
| | ) CASE NO.: 05 B 77875 |
| | ) |
| Debtor. | ) JUDGE MANUEL BARBOSA |

### NOTICE OF MOTION

**Jason H. Rock, has filed papers with the Court for Motion For Entry Of Final Decree Pursuant To Bankruptcy Rule 3022 And To Close Case.**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

**Attend the hearing scheduled to be held on the 30th day of September, 2009 at 10:30 a.m. in Courtroom 115, United States Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an order granting that relief.

/S/ JASON H. ROCK
ATTORNEY JASON H. ROCK
6833 Stalter Drive, First Floor
Rockford, IL 61108
(815) 962-6611

DATE OF ISSUANCE: September 22, 2009

STATE OF ILLINOIS        )
                         ) SS.   **PROOF OF SERVICE**
COUNTY OF WINNEBAGO      )


BETH A. SISSON, being first duly sworn on oath, deposes and says that she served

the above document on the parties listed:

SEE ATTACHED


by placing a true and correct copy of said document in an envelope, each addressed as is shown above.
    That she sealed said envelopes and placed sufficient U.S. postage on each; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 o'clock P.M. on the 22nd day of September, 2009.



                            /S/ BETH SISSON

AAA Leasing & Trucking
1017 W. 48th Street
Chicago, IL  60609

Avantage Gasses & Tools
215 College Ave.
Waterville, ME  04901

American Express
P.O. Box 360001
Ft. Lauderdale, FL  33336

Bellwether Products, Inc.
1211 Connecticut Ave. N.W.
Suite 301
Washington, DC  20036

Bob Sturdevant & Assoc.
RD #3 Buyea Road
Canastota, NY  13032

Botts Welding & Truck Serv
335 N. Eastwood Drive
POB 430
Woodstock, IL  60098

Brown Packaging Inc.
201 Howland Ave.
Adams, MA  01220

Bruce Ogilvie & Gaynor Stiles
Southwest Regional Reps.
4901 Keller Springs Ste. 108
Addison, TX  75001

BryceDowney, LLC
200 N. LaSalle St.
Suite 2700
Chicago, IL  60601

CCC of NY
P.O. Box 288
Tonawanda, NY  14150-0288

CH Robinson
555 Plainfield Road
Willowbrook, IL  60527

CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA  19082-0

Cameo Container Corp.
1415 W. 44th Street
Chicago, IL  60609

Camger Chemical Systems,
c/o Franks, Gerkin & McKenna
P.O. Box 5
Marengo, IL  60152

Camger Coating Systems,
364 Main Street
Norfolk, MA  02056

Capital One
P.O. Box 790217
St. Louis, MO  63179-0217

Capital Transfer/Pine Tree
87 Pleasant Hill Road
Scarborough, ME  04074

Cedar Valley Mill
370 Route #3
New Brunswick, CA

Cleary Pallet Sales, Inc.
6610 South Union Road
Union, IL  60180

Country Gas CO.
4010 U.S. Hwy 14
Crystal Lake, IL  60014

Delorme Packaging
86 Old Farm Hill
Auburn, ME  04210

Delta Coatings Corp.
2055 Jancie Avenue
Melrose Park, IL  60160

Deltek Products, Inc.
3 Bridal Ave.
West Warwick, RI  02893

Dunsdemand
4836 Brecksville Road
P.O. Box 509
Richfield, OH  44286

Dunsdemand
4836 Brecksville Road
P.O. box 523
Richfield, OH  44286

Dupont Powder Coatings USA
9800 Genard Road
Houston, TX  77041

Dwyer Designs
2612 Mitchell Drive
Woodridge, IL  60517

Dye Properties
c/o Attorney Joseph Olsen
1318 E. State Street
Rockford, IL  61104

Eastern Forest Products
352 Center Road Unit #4
Lyndeborough, NH  03082

Ed Sable
16 Stonewyck Place
Monroe Township, NJ  08

Elgin Paper Co.
1025 N. McLean Blvd.
Elgin, IL  60123

Estes Express Lines
P.O. Box 25612
Richmond, VA  23260-5612

Fastenal
16 Industrial Drive
Oakland, ME  04963

Foster, Jones & Mason
10240 NW 46th Street
Ft. Lauderdalle, FL  33351

Frank Nardi
409 Lily Lane
Lakemoor, IL  60050

Franks, Gerkin McKenna
19333 E. Grant Highway
P.O. Box 5
Marengo, IL  60152-0005

GC Services Ltd. Partnership
Collection Agency Division
6330 Gulfton
Houston, TX  77081

Gibralter Financial Corporation
60 Revere Drive
Suite 840
Northbrook, IL  60062

H.C. Johnson Press
2801 Eastrock Drive
Rockford, IL  61109

Home State Bank, NA
40 Grant Street
Crystal Lake, IL  60014

Howard Mischner
Mischner Group
P.O. Box 438
Brooklandville, MD 21022

Katahdin Forest Products
10 Wall Street
Oakfield, ME  04763

Ken Pawela
1704 Ginko Court
McHenry, IL  60050

Keystone Consolidated
7000 S.W. Adams Street
Peoria, IL  61641

L.R. McCoy
100 Front St., Ste. 700
Worcester, MA  01608

Label Graphics Co., Inc.
1225 Carnegie St., #104B
Rolling Meadows, IL  60008

Law Offices of W.C. French
P.O. Box 572884
Houston, TX  77257

Lisa Fried Greenberg
P.O. Box 320
841 Merrick Road
Baldwin, NY  11510

P.O. Box 320
841 Merrick Road
Baldwin, NY 11510

McHenry County
2200 N. Seminary
Woodstock, IL 60098

Mr. Bill Dye
Dye Properties, LLC
43 Pogy Lane
Brunswick, ME 04011

Newton & Associates
3001 Division Street
Metairie, LA 70002

Novelty Manufacturing Co.
1330 Loop Road
Lancaster, PA 17601

Plante & Moran, PLLC
Suite 200
2400 Big Timber Road
Elgin, IL 60123

Richard Edlman
PMR Inc.
1615 Ogden Ave.
Oswego, IL 60543-8304

Sam Sullivan
Sullivan & Associates
313 Sunrise Court
Venicia, CA 94510

Luster Leaf Products, Inc.
2220 Techcourt
Woodstock, IL 60098

Micro Products Co.
1296 Mark Street
Bensenville, IL 60106

Mr. David Georgi
1130 Ridgeview Drive
McHenry, IL 60050

Northeast Merchandising Corp.
P.O. Box 446
Hathaway Street
Skowhegan, ME 04976

Overnite Transportation Co.
P.O. Box 79755
Baltimore, DM 21279

Pro-Mar Staple & Nail
4508 North Milwaukee Ave.
Chicago, IL 60630

Richard Szyszka
36 Pheasant Run
Hawthorne, IL 60040

Scott Ehrenberg
Seasons Retail Services
12 Park Street
Cranford, NJ 07016

Masterman's, LLP
11C Street
Auburn, MA 01501

Mountain States Commerc
Collection
P.O. Box 1070
Englewood, CO 80150-1C

National Casin
401 Marthis Lane
Riverton, NJ 08077

Nottoway Lumber Sales, Ir
P.O. Box 908
Mechanicsville, VA 23111

PII Credit Bureau, Inc.
70 East Lake Street
Chicago, IL 60601

Randall & Richards
5151 E. Broadway Blvd.
8th Floor
Tucson, AZ 85711

Richard Int'l Forest Produc
4050 Innslake Dr., Ste. 10
Glen Allen, VA 23060

Shuster-Mettler Corp.
485 Boulevard
New Haven, CT 06504

Sie Ebling
4447 Conchita Way
Tarzana, CA  91367

Smurfit-Stone Container Corp
Attn:  Credit Dept.
POB 2276
Alton, IL  62002

Snavely Enterprises
c/o Franks, Gerkin & McK
P.O. Box 5
Marengo, IL  60152

Snavely International
131 Steuart St., Ste. 600
San Francisco, CA  94105

Stanley Fastening Systems
480 Myrtle Street
New Britain, CT  06053

Statewide Pallet Co. Inc.
1307 Lamb Road
Woodstock, IL  60098

Sullivan & Associates
313 Sunrise Court
Venicia, CA  94510

Syd Reynolds
Reynolds Sales
300 N. Bryant Ave., Ste. 116
Midlothian, TX  76065

Terry Farmer & Chuch Langdon
Farmer Langdon Sales
4165 Summit Way
Marietta, GA  30066-236!

The Copy Express
301 E. Calhoun St.
Woodstock, IL  60098

The Customs Companies, Inc.
94338 Eagle Way
Chicago, IL  60678

The Royal Group
1060 Proctor Drive
Elkhorn, WI  53121

Tim McGinnity & Eddie Wilson
Great Lakes Sales
1133 E. Maple Rd., Ste. 103
Troy, MI  48083

UPS
Lockbox 577
Carol Stream, IL  60132-0577

UPS
P.O. Box 7247-0244
Philadelphia, PA  19170-(

WD Matthews Machinery Co.
901 Center Street
Auburn, ME  04212

Ware-Butler, Inc.
145 Lakewood Road
Madison, ME  04950

Waste Management
West Peoria Ave., Ste. 2'
Phoenix, AZ  85029

Wisconsin Oven Corp.
P.O. Box 873
East Troy, WI  53120

Worth Steel & Machinery, Inc.
4001 W. 123 Street
Alsip, IL  60803

David C. Wilson
Certified Public Accounta
6723 Meadow Drive
Crystal Lake, IL  60012

Office of U.S. Trustee
780 Regent St., Ste. 304
Madison, WI  53715

Attorney Samuel Harrod
2ndFloor, 1515 E. Woodfield Rd.
Schaumburg, IL  60173-543

Atty Laurie Martin Montpl;
One Prudential Plaza
130 E. Randolph St.
Chicago, IL  60601

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| CONTEMPO INDUSTRIES, INC., | ) |
| | ) CASE NO.: 05 B 77875 |
| | ) |
| Debtor. | ) JUDGE MANUEL BARBOSA |

# APPLICATION FOR FINAL DECREE AND TO CLOSE CHAPTER 11 BANKRUPTCY PROCEEDING

NOW COMES the Debtor, CONTEMPO INDUSTRIES, INC., by and through its attorney, JASON H. ROCK, and for its Application For Final Decree And To Close Chapter 11 Bankruptcy Proceeding, respectfully states as follows:

1. On December 1, 2005, the Debtors filed a voluntary petition for relief and schedules under Chapter 11 of the United States Bankruptcy Code (hereinafter the "Code").

2. Pursuant to Sections 1107 and 1108 of the Code, Debtor continues to operate its business as Debtor-In-Possession.

3. The Debtor is an Illinois corporation formed July 29, 2004. The Debtor's capital shares are owned equally by Mr. Ken Pawela and Mr. Richard Szyszka.

4. The Debtor was organized and formed in 2004 to acquire two distinct product lines, namely: (1) lawn and garden products under the trade name "Woodstock Gardens"; and (2) ready to assemble furniture and storage units the trade name "Contempo Products".

1

5.  The Debtor has facilities operations in Woodstock, Illinois and Bingham, Maine. Post-petition, the Debtor has expanded its facilities into the southeastern part of the United States.

6.  The relief requested in this motion may be granted pursuant to Bankruptcy Rule 3022.

7.  The Debtor's Plan of Reorganization dated November 7, 2006 was confirmed by Court Order of January 24, 2007.

8.  To date, the Debtor has filed each of its quarterly, post-confirmation disbursement reports and paid the related fees to the United States Trustee's Office. In addition, the Debtor has paid all installments required under its confirmed plan to its unsecured creditors with the exception of insider claims.

9.  Each element under Bankruptcy Rule 3022 has been met by the Debtor, and a final decree should enter in this Chapter 11 proceeding.

WHEREFORE, the Debtor, CONTEMPO INDUSTRIES, INC., respectfully requests that this Court enter an Order for Final Decree and Dismissal of the Case pursuant to Bankruptcy Rule 3022 or for whatever other relief this Court deems equitable and just.

>                    CONTEMPO INDUSTRIES, INC.,
>                    Debtor, by and through its attorney,
>
>                    BY:   /S/ JASON H. ROCK
>                          JASON H. ROCK

BARRICK, SWITZER, LONG,
   BALSLEY & VAN EVERA, LLP
BY: JASON H. ROCK – 4161
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
L:\Beth\Contempo\Dismissmtn.DOC

2