IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CONTEMPO INDUSTRIES, INC., | ) | CASE NO. 2005 B 77875 |
| | ) | |
| Debtor. | ) | |

### ORDER FOR FINAL DECREE AND TO CLOSE CASE

THIS MATTER coming before the Court for the Debtor's Application For Final Decree And To Close Chapter 11 Bankruptcy Proceeding, and the Court being fully advised in the premises, and the Debtor, Contempo Industries, Inc., appearing by and through its attorney, JASON H. ROCK, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Debtor meets all elements of Bankruptcy Rule 3022 for entry of a final decree; and

2. The Discharge Order may enter in favor of Contempo Industries, Inc.

ENTERED: SEP 3 0 2009

JUDGE MANUEL BARBOSA

Jason H. Rock
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687
L:\Beth\Contempo\FinalDecreeMtn.doc